In the Matter of the Will of PATRICK SULLIVAN, Deceased
JULIA MARKSON et al., Appellants; THOMAS F. MAGNER, as Executor, Respondent.

*Appeal — motion to dismiss — unanimous reversal — leave to appeal unnecessary.*

Reported below, 216 App. Div. 266.

(Argued May 3, 1926; decided May 11, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1926, which reversed a decree of the Kings County Surrogate's Court denying probate to a paper propounded as the last will and testament of Patrick Sullivan, deceased, setting aside the verdict on which said decree was entered and remitting the matter to the Surrogate's Court with a direction to admit the will to probate.

The motion was made upon the ground that the appeal was from an unanimous finding of fact of the Appellate Division and that no question of law was involved.

*Patrick E. Callahan* for motion.

*Otho S. Bowling* opposed.

Motion denied, with ten dollars costs, and without prejudice to the right to argue on the hearing of appeal the right of the Appellate Division to make findings of fact and direct decree.

---

FRANK SALOMONE, as Administrator of the Estate of FRANK SALOMONE, Deceased, Respondent, *v.* YELLOW TAXI CORPORATION, Appellant.

(Submitted May 3, 1926; decided May 11, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 242 **N. Y.** 251.)